AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

The H.T. Hackney Company

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-116

Sweet T's Convenience, Inc., Myron Suska and
Patricia Kelly

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the terms of the Court's Order of September 8, 2014, Judgment is entered in favor of the Plaintiff, The H.T. Hackney, Company and against the Defendants, Sweet T's Convenience, Inc. and Myron Suska, in the total amount of $326,783.07 pursuant to Rule 58 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| September 8, 2014 | Scott L. Poff |
| *Date* | *Clerk* |
| | *Elizabeth C. West* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03